UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICIA INGRAM, in her capacity as the natural parent of Rakesh Dorsey, a deceased minor, and PATRICIA INGRAM, in her capacity as the Administrator of the Estate of Rakesh Dorsey,<br><br>      Plaintiffs,<br><br>v.<br><br>Mylan Pharmaceuticals Inc.; Mylan Laboratories Inc.; and Mylan Bertek Pharmaceuticals Inc.,<br><br>      Defendants. | Civil Action File No.<br>1:08-cv-0574 |

## ORDER OF COURT

AND NOW, this 3rd day of December, 2009, based on the entry of summary judgment on November 10, 2009, and in light of the Stipulation of the parties to the effect that no other viable claims remain to be tried, it is hereby ORDERED that final judgment is hereby entered in favor of the Defendants, Mylan Pharmaceuticals Inc.; Mylan Inc.; and Mylan Bertek Pharmaceuticals Inc. and against the Plaintiff, Patricia Ingram, in her capacity as the natural parent of Rakesh Dorsey, a deceased minor, and Patricia Ingram, in her capacity as the Administrator of the Estate of Rakesh Dorsey.

SO ORDERED this 3rd day of December, 2009.

_____
William S. Duffey, Jr.
United States District Court Judge